CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Frank A. Stephenson<br>2049 East Hamilton<br>Springfield, IL 62702 | **CASE NUMBER:** 92-30067-003 |

**SENTENCING JUDICIAL OFFICER:**   Richard Mills
U.S. District Judge
(Case transferred to U.S. District Judge Jeanne E. Scott)

**ORIGINAL SENTENCE DATE:**   June 6, 1994

**ORIGINAL OFFENSE:**   Conspiracy to Distribute Cocaine and Cocaine Base (Count 1), Attempt to Possess with Intent to Distribute Cocaine and Cocaine Base (Count 2), and Use of Firearm During a Drug Felony (Count 3)

**ORIGINAL SENTENCE:**   144 months custody of the Bureau of Prisons, consisting of 84 months on each of Counts 1 and 2 to be served concurrently and 60 months on Count 3 to be served consecutively to the term imposed on Counts 1 and 2

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   November 15, 2002

**ASSISTANT U.S. ATTORNEY:**   David Risley

**DEFENSE ATTORNEY:**   Steven Mills

---

**PETITIONING THE COURT**

[x]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER             NATURE OF NONCOMPLIANCE

1. LAW VIOLATION: DISTRIBUTION OF COCAINE BASE (CRACK)

   MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state, or local crime.  The offender shall not illegally possess a controlled substance.

   On **September 18, 2007**, the offender was charged, by Complaint, in U.S. District Court, Central District of Illinois, Case No. 07-3043-M, with **Distribution of Cocaine Base (Crack)**.  The Complaint alleges that on **July 12, 2006**, the offender sold 2.8 grams of cocaine to a confidential source; on **July 31, 2006**, the offender sold 2.7 grams of cocaine and 2.6 grams of cocaine base to a confidential source; and, on **August 2, 2006**, the offender sold 5.4 grams of cocaine base to a confidential source.

2. LAW VIOLATION:  DRIVING WHILE INTOXICATED (DWI)

   MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state, or local crime.  The offender shall not illegally possess a controlled substance.

   On or about **March 3, 2007**, the offender was arrested by the Jasper County, Missouri, Sheriff's Department and charged with **Driving While Intoxicated (DWI), Jasper County, Missouri, Circuit Court, Case No. 07-CR-244**.  According to reports received from the Jasper County, Missouri, Circuit Court, the offender was stopped for a lane violation and admitted to smoking marijuana after a K-9 officer received a positive hit on his vehicle.  This case is currently set for hearing on October 16, 2007.

3. LAW VIOLATION:  VIOLATION OF ORDER OF PROTECTION

   MANDATORY CONDITION:  While on supervised release, the offender shall not commit another federal, state, or local crime.  The offender shall not illegally possess a controlled substance.

   On or about **March 29, 2006**, the offender was arrested by the Springfield, Illinois, Police Department and charged with **Violation of Order of Protection, Sangamon County, Illinois, Circuit Court, Case No. 06-CM-603**.  On April 25, 2006, the defendant was sentenced to one year conditional discharge and ordered to pay a $340 fine.

4. FAILURE TO OBTAIN PERMISSION BEFORE TRAVELING OUTSIDE OF THE DISTRICT

   STANDARD CONDITION NO. 1:  The offender shall not leave the judicial district without the permission of the court or probation officer.

   On or about **March 3, 2007**, the offender traveled to the state of Missouri without permission.  During an office appointment on March 13, 2007, the offender admitted he failed to obtain

      permission to travel outside of the Central District of Illinois as directed.

5. **FAILURE TO NOTIFY OF LAW ENFORCEMENT CONTACT WITHIN 72 HOURS**

      STANDARD CONDITION NO. 11: The offender shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

      The offender failed to notify the U.S. Probation Office, Springfield, Illinois, of his arrest on **March 3, 2007**, within 72 hours as directed. During an office appointment on March 13, 2007, the offender stated he was not planning to advise the U.S. Probation Office of this arrest.

**U.S. Probation Officer Recommendation:**

[x] The term of supervision should be
    [x] revoked
    [ ] extended for  years, for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

      I declare under penalty of perjury that the foregoing is true and correct.

      s/Lynea T. Turner
      U.S. Probation Officer
      Date: September 28, 2007

LTT/ltt/cer

---

**THE COURT ORDERS:**

[ ] No action

[X] The issuance of a warrant

[ ] The issuance of a summons

[ ] Other:

      s/ Jeanne E. Scott
      JEANNE E. SCOTT
      UNITED STATES DISTRICT JUDGE

      Date:  September 28, 2007