# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>FRANK A. STEPHENSON<br>2049 East Hamilton<br>Springfield, IL   62702<br><br>Defendant | WARRANT FOR ARREST<br><br>CASE NO. 92-30067 |

**FILED**
OCT - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 SEP 28 P 4:08 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

   YOU ARE HEREBY COMMANDED to arrest **FRANK A. STEPHENSON**, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of conditions of supervision in violation of Title 18, United States Code, Section(s) 3606.

s/ John M. Waters

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

s/John M. Waters
Signature of Issuing Officer

September 28, 2007 at Springfield, Illinois
Date and Location

**Bail fixed at $ No Bail/Bond by US DISTRICT JUDGE JEANNE E. SCOTT .**

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 09/28/07 | Name of Arresting Officer Alex Story | Signature of Arresting Officer |
| Date of Arrest 10/03/07 | Title of Arresting Officer DUSM | |